■ FRANK IACOVELLI, JR., et al., Respondents-Appellants, v JOHN SCHOEN, Appellant-Respondent.—Motion to vacate ex parte order and for clarification denied and application under CPLR 5704 should be made to the Second Department. Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ FRANK J. CIPOLLA et al., Appellants, v S.M. FLICKINGER COMPANY, INC., Respondent. (Appeal No. 1.)—Motion for reargument granted and upon reargument, the memorandum decision dated April 26, 1991 [172 AD2d 1064] is hereby amended by adding the following paragraph: "The money judgment for $677.45 is reversed and defendant is directed to restore that amount to plaintiffs." Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ In the Matter of GEORGE STEPHEN GETMAN.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ In the Matter of DAVID E. HAMPTON.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ PHYLLIS CARROLL, Respondent, v WILLIAM CARROLL, Appellant.—Motion for counsel fees denied. Memorandum: A motion for counsel fees on appeal must be made to the court of original instance (see, Scheinkman, Practice Commentary, McKinneys Cons Laws of NY, Book 14, Domestic Relations Law C237:6; Gutman v Gutman, 24 AD2d 758). Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.

■ In the Matter of RODNEY JOSEPH.—Motion for leave to appeal as a poor person denied. Memorandum: No appeal lies from the denial of an ex parte application. No application pursuant to CPLR 5704 has been made. Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.